# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cutberto R.P.,

      Petitioner,

v.                                 Case No. 26-cv-1799 (MJD/DTS)

Pamela Bondi et al,

      Respondents.

_____

Cutberto R.P.,

      Petitioner,

v.                                 Case No. 26-cv-1934 (SRB/EMB)

Pamela Bondi et al,

      Respondents.

_____

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 26-cv-1799 (MJD/DTS) having been assigned to Judge Michael J. Davis and Magistrate Judge David T. Schultz; and Case No. 26-cv-1934 (SRB/EMB) having later been assigned to Judge Stephen R. Bough and Magistrate Judge Elsa M. Bullard; and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. Case No. 26-cv-1934 (SRB/EMB) be assigned to Judge Michael J. Davis and Magistrate Judge David T. Schultz, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original

assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

     **IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  March 23, 2026                  s/Michael J. Davis
                                       Judge Michael J. Davis
                                       United States District Court

Dated:  March 23, 2026                  s/Stephen R. Bough
                                         Judge Stephen R. Bough
                                       United States District Court